# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Donald V. Snowden )
_____ )  Case Number: __19-1322-JPG__
_____ )  (Clerk's Office will provide)
_____ )
Plaintiff(s)/Petitioner(s) )
v. )  ☐ CIVIL RIGHTS COMPLAINT
) pursuant to 42 U.S.C. §1983 (State Prisoner)
Jeremy Henning )  ■ CIVIL RIGHTS COMPLAINT
DEA of Carbondale, IL 62901 ) pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Quality Inn Hotel Carbondale, IL )  ☐ CIVIL COMPLAINT
62901 ) pursuant to the Federal Tort Claims Act, 28 U.S.C.
Defendant(s)/Respondent(s) ) §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement. 404 N. Van Buren Marion, IL 62959 Williamson County Jail

**Defendant #1:**

B. Defendant __Jeremy Henning__ is employed as
   (a)    (Name of First Defendant)

__DEA agent__
   (b)    (Position/Title)

with __Carbondale Illinois, DEA agency__
   (c)    (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ■ Yes  ☐ No

If your answer is YES, briefly explain:
Jeremy Henning is a DEA investigating agent with the Southern Illinois agency located in Carbondale, IL 62901

Rev. 7/20/18

1

**Defendant #2:**

C.  Defendant  **Quality Inn Hotel Staff**  is employed as

(Name of Second Defendant)

**Cashier/cindy**
(Position/Title)

with **Quality Inn Hotel    1415 E. Main St**
(Employer's Name and Address)

**Carbondale, IL 62901**

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ■ Yes  ☐ No

If you answer is YES, briefly explain:

The cashier at the Quality Inn Hotel located at the above address, witnessed assault, lied in statement

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

The Quality Inn owner, tampered with video surveilliance, and no matter what, the incident happened on his premises his property. and the DEA of Carbondale for not disciplining or terminating the agent after the incident.

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes ■No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
Plaintiff(s):

None

Defendant(s):

2. Court (if federal court, name of the district; if state court, name of the county):   None  N/A

3. Docket number:   None  N/A

4. Name of Judge to whom case was assigned:   None  N/A

5. Type of case (for example: Was it a habeas corpus or civil rights action?):   None  N/A

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):   N/A

7. Approximate date of filing lawsuit:   N/A

8. Approximate date of disposition:

   N/A

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

   N/A

III. **GRIEVANCE PROCEDURE**

   A. Is there a prisoner grievance procedure in the institution? ☐ Yes ☐ No

   didn't happen in jail or prison

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☐ No

   N/A

   C. If your answer is YES,
   1. What steps did you take?

      N/A

   2. What was the result?

      N/A

   D. If your answer is NO, explain why not.

      N/A

   E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

      N/A

   F. If your answer is YES,
   1. What steps did you take?

      N/A

   2. What was the result?

      N/A

Rev. 7/20/18    4

G. If your answer is NO, explain why not.

didn't happen in a jail or prison

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

N/A



## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On 9-12-2019 between 11:00 A.M. and 1:00 P.M. I was at the Quality Inn Hotel located in Carbondale, IL address 1415 E. Main St. The cashier Cindy, called me down to pay for my room knowing the police were there to arrest me. According to the 5 & 14th Amendment, we shall be equally treated, and upon arrest, agent Henning, being DEA approached me without warrant, without me resisting, and used excessive force, and abusive unfair actions by DEA, which violated the 14th amendment. I was attacked and treated unfairly, with excessive force and assault during arrest when the arresting officer being a peace officer, DEA agent, that is supposed to protect and serve. All this took place on camera and a video is held in the hands of the federal prosecutor of the southern District of Illinois in Benton, IL. The federal prosecutor as well as the DEA agency in Carbondale, allowed the agent to still work his case against me, even as he has inconsistancies in the case, as well as no discipline or sanctions against the officer. That also violated my 8th amendment to not receive any medical when I received two black eyes, and an eye socket fracture from the excessive force, and the police misconduct. The agent, being Mr. Henning admitted that he hit me but lied about how many times. The prosecutor has malicious prosecution from this event, and is seeking to prosecute me with no evidence of me distributing anything. This all stemmed from the 8-2-2019 interview when they violated my rights in my other civil complaint I'm filing at this same time. The Quality Inn allowed this to happen upon their premises, and I was injured due to my arrest, as I'm on camera, and did not resisting. I attached the civil rights constitutional rights to this claim.

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I would like to receive justice, and compensation from my abuse and assult I took from the excessive force during arrest under the 14th amendment in the constitution. I received damages from police misconduct, and now I'm facing malicious prosecuton, which I'm aiming for aquittal, I want compensation from the Quality Inn Hotel from carbondale, IL, compensation from the DEA in carbondale, one being the pain and suffering, the abuse I took from the DEA agent, and the Quality Inn where it happend I ask $100,000 (one hundred thousand) (DEA agency $100,000) one hundred thousand dollars

VI. **JURY DEMAND** (check one box below) I ask for $200,000 total from both. One hundred thousand from each.

The plaintiff ■ does ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 11-24-2019 (date)

Signature of Plaintiff: Donald V. Snowden

Street Address: 404 N. Van Buren

Printed Name: Donald V. Snowden

City, State, Zip: Marion, IL 62959

Prisoner Register Number:

Signature of Attorney (if any)

*last page*
~~twelfth~~
*thirteenth*

# Ed Fox & Associates, Ltd.

**Protecting Your Civil Rights**

## Civil Rights Violations

**Chicago Civil Rights Attorneys**

The U.S. Constitution guarantees equal treatment under the law, but police officers, government officials, and others in positions of authority can sometimes violate those protections. Victims of civil rights violations, however, can use the law to obtain justice and compensation for the wrongs done to them.

Ed Fox & Associates, Ltd. is a law firm dedicated to helping victims of abuse and civil rights violations hold abusers responsible for their actions.

The firm represents clients in cases involving all types of civil rights violations and **police misconduct**, including:

- Coerced confessions
- Excessive force during an arrest or crowd control operations
- Racial profiling or arrests for "driving while Black or "driving while Hispanic"
- Unfair or abusive actions by customs, airport security, DEA, FBI, or other law enforcement agencies
- Violations of due process rights
- Home invasions and searches without a warrant
- False arrest and wrongful convictions
- Intimidation, threats, or abuse from teachers, and school guards
- Violations of First Amendment rights
- And other civil rights violations

Call 312-345-8877 to arrange for a free consultation.

**Taking Action to Obtain Justice and Compensation**

The law can be a powerful force for obtaining justice, but you must start the process. Ed Fox & Associates, Ltd. can evaluate your situation and discuss what can be done to obtain justice and compensation for you.

The firm has successfully represented many people who have suffered from police brutality, teacher abuse, and other civil rights violations. The principal of the firm, **Ed Fox**, has been recognized as a leader in the field of civil rights, and recently testified before the U.S. Congress regarding patterns of discriminatory strip searches by U.S. Customs agents against African-American women.

He and his team of advocates will fight to obtain justice and compensation for you.

For a free consultation with a civil rights lawyer at Ed Fox & Associates, Ltd., call 312-345-8877 or send an e-mail

Page 1 of 4

## Judgement order
## against

Plaintiff,
Donald
V.
Snowden

DEA Agent Jeremy Henning,
the Quaity Inn Hotel (1415 E. main ST.)
In Carbondale, IL 62901
and the DEA agency in
Carbondale, IL 62901

Defendent(s)

Jeremy Henning
DEA Agency of Carbondale, IL
Quality Inn Hotel (1415 E mainSt. carbondale, IL

(Count 1 - Jeremy Henning - 28 u.s.c. 1331)

on September 12, 2019, around noon 12:00 p.m, the plaintiff, Donald V. Snowden, was at the Quality Inn Hotel, paying for a room at the front desk. That address being 1415 E. main ST, Carbondale, IL 62901.

2. The defendent, Jeremy Henning Come in the front door, and rushed in to the plaintiff pushed him into the the door that leads to the register, then once in the door on the floor, the defendent punched the plaintiff several times in the face causing great bodily harm. That violated the plaintiffs constitutional rights the 4th amendment, and the 14th amendment. The defendent D.S. used excessive force during arrest, when the plaintiff done no resisting or anything for such behavior from the defendant.

3. The evidence is on record there's video footage with the Federal prosecutor in Benton, IL 62812 D.S. at the Federal Courthouse in Benton, IL and pictures of the bodily harm with the probation department as well.

4. The cashier knowingly knew that would happen and allowed to call me down to the front desk to pay for room with the officers in the front waiting for me. The officer admitted to hitting the plaintiff, Donald V. Snowden, and the plaintiff never resisted on the video that both the prosecutor and the criminal attorney has in their possession.      (Continued)

5. No other charges arised to the plaintiff, Mr. Snowden at that arrest.

6. That the aforementioned acts by defendant continued grossly excessive force, abuse by DEA, unfair abusive actions by DEA, falling under police misconduct violating the 14th amendment in the United States Constitution and the 4th amendment, victim damages and the right to be safe and secure.

7. That as a result of the acts forgoing or omissions of the defendant, the plaintiff, Donald V. Snowden, incurred pain and suffering, lost his freedom, and will continue to experience pain and suffering, left eye socket damage, humiliation, and the stigma associated with having sustained a record of the aforementioned arrest.

Wherefore, the plaintiff, Donald V. Snowden, demands judgement against DEA Jeremy henning, in the amount of $100,000 (one hundred thousand dollars) plus costs.

(Count 2) Quality Inn Hotel (willful and wanton)

That on or about, September 12, 2019, at around 12:00 p.m. the plaintiff, Donald V. Snowden was arrested at the Quality Inn Hotel, located at 1415 E. main St. Carbondale, IL 62901. The defendant, the cashier, Cindy of the Quality Inn Hotel, witnessed the abuse, and when questioned by investigators, denied seeing anything when the video shows otherwise. The defendant, Cindy of the Quality Inn, committed obstruction of justice, and she knowingly called the plaintiff down to pay for his room while the officers waited outside for her signal to come in. The plaintiff, Donald V. Snowden, herby adopts incorporates the allegations of paragraphs 1-7 of count 1 as if fully set forth herein.

(Continued)

(Jeremy Henning)
Count 2 continued (willful and wanton) Quality Inn Hotel)
The defendant, acted intentionally or with reckless disregard for the health and well-being of the plaintiff in unlawfully with excessive force during arrest.
Wherefore, the plaintiff Donald V. Snowden, demands judgement in the amount of $100,000 (one hundred thousand dollars)

(Count 3) (28 U.S.C 1331)
1. The plaintiff, Donald V. Snowden adopts count 1 and two, paragraphs 1-7 count 1 and paragraphs 1-2 of count 2 as fully set forth herein
2. At all times mentioned here in, the defendant, DEA agency of Carbondale IL, 62901 had customs, policies and practices that violated the forth amendment rights, and the fourteenth amendment right of arrestees under the Illinois and United States constitutions, including but not limited to:
   A. It let Jeremy Henning stay and not get evaluated to see why he done such a thing to the plaintiff, knowingly he was likely to violate the rights of his arrestee;
   B. It failed to properly train, investigate, discipline and/or terminate agent Henning for such violations
   C. It gave credence to agent Jeremy Henning's actions by refusing to discipline and/or terminate agent Jeremy Henning for such violations.
Wherefore, the plaintiff, Donald V. Snowden, Demands judgement against the DEA of Carbondale, IL, in an amount greater than $100,000 (one hundred thousand dollars) plus costs.

(Count 4) (willful and wanton) - DEA of Carbondale, IL
1. The plaintiff Donald V. Snowden, hereby adopts and incoperates the allegations of paragraphs 1 and 2 of count 3 and subsections A-C of count 3 as if fully set forth herein.
2. That as more particularly stated above, defendant acted intentionally or with reckless disregard for the health and well-being of the plaintiff in allowing its agents to arrest with

( Count 4 (Continued)

excessive force during arrest, ~~that~~ D.S. and unfair abuse during an arrest by DEA violating the 4th amendment and the 14th amendment of the constitution, and the unfair abuse and excessive force during arrest of the plaintiff were without just cause.

3. Further on information and belief, DEA of Carbondale, IL was aware of the dangerous propensities of agent Jeremy Henning and failed to either discipline or terminate him and continued to allow him to act as an DEA agent.

Wherefore, the plaintiff, Donald V. Snowden demands judgement against the DEA of Carbondale, IL 62901, in an amount of $100,000 (one hundred thousand dollars) plus costs.

Count 5 Jeremy Henning (battery)

1. The plaintiff, Donald V. Snowden, hereby adopts and incorporates the allegations of paragraphs 1-3 of Count 4 as if fully set forth herein.

2. Without consent or privilege by an overt act directed at the plaintiff, Mr. Donald V. Snowden, defendant Jeremy Henning caused Snowden to believe that he would immediatley suffer a battery and a defendent agent Henning possessed the ability to carry out the battery.

3. Defendent Jeremy Henning, used excessive force during arrest, pushed me through the door that leads to the register at the Quality Inn Hotel, 1415 E. main St Carbondale, Illinois, 62901 admitted to punching the plaintiff which caused great bodily harm, and the defendant knowingly caused it. All was on camera, and the plaintiff can produce the evidence.

Wherefore, the plaintiff, Donald V. Snowden, demands judgement against agent Henning, in the amount of $100,000 (one hundred thousand dollars) plus cost.

Signature,

Donald V. Snowden

# Ed Fox & Associates, Ltd.

## Protecting Your Civil Rights

## Civil Rights Violations

**Chicago Civil Rights Attorneys**

The U.S. Constitution guarantees equal treatment under the law, but police officers, government officials, and others in positions of authority can sometimes violate those protections. Victims of civil rights violations, however, can use the law to obtain justice and compensation for the wrongs done to them.

Ed Fox & Associates, Ltd. is a law firm dedicated to helping victims of abuse and civil rights violations hold abusers responsible for their actions.

The firm represents clients in cases involving all types of civil rights violations and **police misconduct**, including:

- Coerced confessions
- Excessive force during an arrest or crowd control operations
- Racial profiling or arrests for "driving while Black" or "driving while Hispanic"
- Unfair or abusive actions by customs, airport security, DEA, FBI, or other law enforcement agencies
- Violations of due process rights
- Home invasions and searches without a warrant
- False arrest and wrongful convictions
- Intimidation, threats, or abuse from teachers, and school guards
- Violations of First Amendment rights
- And other civil rights violations

Call 312-345-8877 to arrange for a free consultation.

**Taking Action to Obtain Justice and Compensation**

The law can be a powerful force for obtaining justice, but you must start the process. Ed Fox & Associates, Ltd. can evaluate your situation and discuss what can be done to obtain justice and compensation for you.

The firm has successfully represented many people who have suffered from police brutality, teacher abuse, and other civil rights violations. The principal of the firm, **Ed Fox**, has been recognized as a leader in the field of civil rights, and recently testified before the U.S. Congress regarding patterns of discriminatory strip searches by U.S. Customs agents against African-American women.

He and his team of advocates will fight to obtain justice and compensation for you.

For a free consultation with a civil rights lawyer at Ed Fox & Associates, Ltd., call 312-345-8877 or send an e-mail

Donald V. Snowden
404 N. Van Buren
Marion, IL 62959

"Legal mail"

Clerck of Court
United States District Court
Southern District of Illinois
750 Missouri Ave
East St. Louis, IL 62201

"Legal Mail"

