# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**SUPPRESSED**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>DONALD V. SNOWDEN,<br>*Defendant* | Case Number: 19-CR-40081-JPG |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DONALD V. SNOWDEN, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Distribution of Methamphetamine in violation of 21:841(a)(1), (b)(1)(A) and 18:2

Date: September 10, 2019

*Kaitlyn Kramer*, Deputy Clerk
*Issuing officer's signature*

City and state: Benton, IL

MARGARET M. ROBERTIE, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9-10-19, and the person was arrested on *(date)* 9-12-19 at *(city and state)* C'dale, IL.

Date: 9-13-19

*[signature]*
*Arresting officer's signature*

for Roger Ehler, DEA
*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)

EXHIBIT 1    Page 1 of 1