IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


SUPPRESSED

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CRIMINAL NO. 19-40081-JPG |
| vs. ) | 21 U.S.C. §841 |
| DONALD V. SNOWDEN, ) | |
| Defendant. ) | |

### INDICTMENT

THE GRAND JURY CHARGES:

### Count 1
### Distribution of Methamphetamine

FILED
SEP 1 0 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

On or about August 1, 2019, in Jackson County, within the Southern District of Illinois,

### DONALD V. SNOWDEN

defendant herein, did knowingly and intentionally distribute a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2.

EXHIBIT 2    Page 1 of 2

It is further alleged that the total amount of methamphetamine involved was fifty (50) grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A).

A TRUE BILL

███████████████

~~FOREPERSON~~

/s/ STEVEN D. WEINHOEFT
STEVEN D. WEINHOEFT
United States Attorney

/s/ AMANDA A. ROBERTSON
AMANDA A. ROBERTSON
Assistant United States Attorney

Recommended Bond: Detention

EXHIBIT 2     Page 2 of 2