UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONALD V. SNOWDEN

    Plaintiff,

    v.

JEREMY HENNING,

    Defendant.

Case No. 19-cv-1322-JPG

## JUDGMENT

This matter having come before the Court after remand from the United States Court of Appeals for the Seventh Circuit, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Jeremy Henning and against plaintiff Donald V. Snowden on Count 1, a *Bivens* claim that Henning subjected Snowden to the unauthorized use of force during his arrest at the Quality Inn Motel on September 12, 2019, in violation of his rights under the Fourth Amendment, and that Count 1 is dismissed with prejudice.

The remaining claims in this case were disposed of in an earlier judgment and were not disturbed on appeal.

**DATED:  March 11, 2025**

                                        **MONICA A. STUMP, Clerk of Court**

                                        **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**